UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LORRAINE C. ESTRADA, | ) | No. EDCV 09-0071-RC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ADJUDGED that Judgment shall be entered in favor of defendant.


DATED:  April 14, 2010         /S/ ROSALYN M. CHAPMAN
                               ROSALYN M. CHAPMAN
                               UNITED STATES MAGISTRATE JUDGE

R&R-MDO\09-0071.jud
4/14/10